**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MEMO ENDORSED

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION,

This paper applies to:

1:18-cv-10028, 1:18-cv-10030, 1:18-cv-10031, 1:18-cv-10032,
1:18-cv-10035, 1:18-cv-10036, 1:18-cv-10039, 1:18-cv-10049,
1:18-cv-10060, 1:18-cv-10061, 1:18-cv-10062, 1:18-cv-10063,
1:18-cv-10064, 1:18-cv-10065, 1:18-cv-10066, 1:18-cv-10069,
1:18-cv-10070, 1:18-cv-10071, 1:18-cv-10073, 1:18-cv-10074,
1:18-cv-10076, 1:18-cv-10077, 1:18-cv-10080, 1:18-cv-10082,
1:18-cv-10083, 1:18-cv-10086, 1:18-cv-10096.

USDC MASTER DOCKET
DOCUMENT 18-md-02865 (LAK)
ELECTRONICALLY FILED
DOC #:
DATE: 2/8/24

SO ORDERED

LEWIS A. KAPLAN, USDJ

2/8/24

### NOTICE OF MOTION OF
### THE LAW FIRM OF POULOS LOPICCOLO PC
### SEEKING LEAVE TO WITHDRAW AS COUNSEL TO
### DEFENDANTS MATTHEW TUCCI AND HIS ASSOCIATED PENSIONS PLANS

**PLEASE TAKE NOTICE** that the undersigned attorney of record shall move the Court

before the Honorable Lewis A. Kaplan, U.S.D.J., at Courtroom 21B of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a

day and at a time to be determined by the Court, pursuant to Local Civil Rule 1.4, for an Order

granting leave for the law firm of Poulos LoPiccolo PC to withdraw as counsel for Defendants

Matthew Tucci, The Cardinal Consulting Pension Plan, The Egret Associates LLC 401K Plan, The

Crow Associates Pension Plan, The Heron Advisors Pension Plan, The Hoboken Advisors LLC

401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The

Lakeview Advisors 401K Plan, The Osprey Associates LLC 401K Plan, The Sandpiper Pension

Plan, The Zen Training LLC 401(K) Plan, The Everything Clean LLC 401K Plan, The Jump Group

LLC 401K Plan, The Oaks Group Pension Plan, The Wave Maven LLC 401K Plan, The Beech